U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **ROOSEVELT BAKER** | **CIVIL ACTION NO. 08-1065** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN TIM WILKINSON** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 9] of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner [Doc. No. 10], and having determined that the findings and recommendation are correct under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Roosevelt Baker's petition for writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

MONROE, LOUISIANA, this 20 day of January, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE